UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**Sealed**

2018 JUN -8  AM 10: 16

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 2:18-mj-00008-CMM |
| TIFFANY NICOLE DEAN, | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(a)(6)<br>False Statement During Purchase of a Firearm | 0-10 | $250,000 | Up to 3 years |

Dated: _____    _____
                          TIFFANY NICOLE DEAN
                          Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana